# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

Case Number: **5:12-cv-00186-RLV-DSC**

| | | |
|---|---|---|
| **United States of America** | ) | |
|     Plaintiff | ) | |
| | ) | |
|         Vs. | ) | **ORDER** |
| | ) | |
| **Eric Appelbaum** | ) | |
|     Defendant | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 17th day of November, 2015.

Signed: November 17, 2015

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court