# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:12-CV-00186-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| ERIC APPELBAUM, | ) |
| **Defendant.** | ) |

This Order grants an extension of time to the Court's prior oral Order regarding post-trial briefing. The parties shall file their post-trial briefs on a date no later than **January 8, 2016**. The United States will then have three days to respond to the objections to the exhibits.

**SO ORDERED.**

Signed: December 18, 2015

Richard L. Voorhees
United States District Judge