# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:12-CV-00186-RLV-DSC |
| | ) | 3:14-CV-00504-RLV-DSC |
| vs. | ) | |
| | ) | |
| ERIC APPELBAUM, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| CLAUDIA APPELBAUM, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 3, 2016, Order.

Signed: February 3, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court