IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NOS. 5:12-CV-186; 3:14-CV-504

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ERIC APPELBAUM, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |
| ) | |
| CLAUDIA APPELBAUM, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Defendant,** ) | |

The parties are still negotiating a schedule regarding the remaining issues in these cases. The United States' response to the "Motion for Costs and Attorney's Fees" (Doc. 66) filed by Eric and Claudia Appelbaum is due today. The Court finds that an extension is warranted to facilitate the ongoing negotiation. Accordingly, the United States' response to the "Motion for Costs and Attorney's Fees" (Doc. 66) shall be due on Friday, March 11, 2016.

**SO ORDERED.**

Signed: March 7, 2016

Richard L. Voorhees
United States District Judge