**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

Civil Action No. 5:12-CV-186 (Lead); 3:14-CV-504 (Consolidated)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIC APPELBAUM, <br><br> Defendant. <br><br> _____ <br><br> CLAUDIA APPELBAUM, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ORDER |

**BEFORE THE COURT** is its own order regarding the return of the amounts levied from Claudia Applebaum's accounts. The Consent Order entered by this Court stated that the United States shall return the $207,352.80 levied from the E Trade Account along with statutory interest accruing from the date of levy, March 11, 2014, until paid; and that the United States shall return the $1,000,000.00 levied from the Wells Fargo account along with statutory interest accruing from the date of levy, March 13, 2014, until paid. Claudia Appelbaum requests that these amounts be returned by April 30, 2016 or, in the alternative, a reasonable date certain. The government maintains that it cannot commit to a date certain for the return of the funds.

The Court hereby **ORDERS** that these funds be returned by no later than May 16, 2016. If the government cannot return the funds by this date, the Court shall require counsel to file a detailed memorandum explaining why the judgment has not been satisfied. The memorandum shall discuss the process required to satisfy a judgment. It shall provide a timeline of this judgment's progress. The memorandum shall be supported by declarations from the particular government personnel responsible for processing the judgment. After reviewing the memorandum, the Court will determine whether or not good cause exists for an extension. The Court will also consider requiring the particular personnel responsible for processing the payment to provide a status update in person.

**SO ORDERED.**

Signed: April 14, 2016

Richard L. Voorhees
United States District Judge