**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

**Civil Action No. 5:12-CV-186 (Lead); 3:14-CV-504 (Consolidated)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>  v.<br><br>**ERIC APPELBAUM,**<br><br>        Defendant.<br><br>_____<br><br>**CLAUDIA APPELBAUM,**<br><br>        Plaintiff,<br><br>  v.<br><br>**UNITED STATES OF AMERICA,**<br><br>        Defendant. | **SCHEDULING ORDER** |

THIS MATTER is before the Court on its own Motion. Counsel have jointly indicated that a modification in the scheduling order is warranted. Accordingly, the previously entered Scheduling Order (Doc. 68) is modified as follows:

[this space is intentionally left blank]

1

| Matter | Prior Due Date | Current Due Date |
|---|---|---|
| Appelbaums' reply in support of their Motion for Costs and Fees. (Doc. 68, ¶ 2.a.). | May 2, 2016 | **May 16, 2016** |
| Scope of damages that Mrs. Appelbaum may claim under her § 7426(h) claim and suggested procedure to resolve the claim. (Doc. 68, ¶ 2.c.). | May 2, 2016 | **May 16, 2016** |
| Eric Appelbaum's Demand for Return of Wrongfully Withheld or Levied Social Security Payments and Tax Refund Offset Proceeds. (Doc. 68, ¶ 2.d.). | Initial Briefs: May 2, 2016<br><br>Responsive Briefs: May 16, 2016 | **Initial Briefs**: **May 16, 2016**<br><br>**Responsive Briefs**: **June 6, 2016** |

**SO ORDERED.**

Signed: April 26, 2016

Richard L. Voorhees
United States District Judge