IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-00186-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| ERIC APPELBAUM, | |
| Defendant. | |

**THIS MATTER** is before the Court on the United States' Motion to Mark the Judgment as Satisfied (ECF No. 104). The United States avers that in September 2018, it paid in full the $20,158.10 owed under a consent judgment. Defendant Eric Appelbaum did not respond to the motion. Having reviewed the government's motion, the record, and the applicable authorities, the Court concludes that the motion should be granted.

**IT IS THEREFORE ORDERED** that the Motion to Mark the Judgment as Satisfied (ECF No. 104) is **GRANTED**. The Clerk shall mark the Consent Judgment (ECF No. 103) **SATISFIED**.

**SO ORDERED**.

Signed: August 25, 2022

*Graham C. Mullen*
Graham C. Mullen
United States District Judge